Commonwealth *v.* Kuklo, Appellant.

Argued June 17, 1971. *Alan R. Krier,* with him *Jubelirer, Carothers & Krier,* for appellant; *Amos Davis,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAULDING, J., absent.

Commonwealth *v.* Lauriello, Appellant.

Argued June 18, 1971. *Robert B. Mozenter,* with him *Marino & Mozenter,* for appellant; *Richard Max Bockol,* Assistant District Attorney, with him *Milton M. Stein,* Assistant District Attorney, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.